#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### SAN ANTONIO DIVISION

| | |
|---|---|
| **WESTERN ATHLETIC CONFERENCE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-23-CA-00376-FB |
| | ) |
| **UNIVERSITY OF INCARNATE WORD,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Before the Court is the status of the above-styled and numbered cause. The Scheduling Order deadlines have run and the Court has ruled on any dispositive motions which were filed. At this juncture, it is the usual practice of this Court to inquire whether the parties may be able to resolve their differences short of a trial.

IT IS THEREFORE ORDERED that the parties shall file, **on or before May 14, 2024,** an advisory indicating the status of this case. Should the parties need additional time to evaluate the case, the status report should include a request for extension of time. However, given the age of the above-styled and numbered cause, any requested extension shall be limited to 120 days.

It is so ORDERED.

SIGNED this 22nd day of April, 2024

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE