IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **WESTERN ATHLETIC CONFERENCE,** § § § § | |
| Plaintiff, § | |
| vs. § | Case No. 5:23-cv-00376-FB |
| **UNIVERSITY OF THE INCARNATE WORD,** § § § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Western Athletic Conference and Defendant University of the Incarnate Word (together, the "**Parties**") file this Joint Stipulation of Dismissal with Prejudice concerning this action and hereby request that the Court accept the following stipulation:

The Parties, acting through counsel, hereby stipulate that, in consideration of a negotiated settlement executed between them, there are no remaining issues between any of them, and the Court may close and dismiss this action with prejudice, with all Parties bearing their own attorneys' fees and costs.

Dated: April 24, 2024

Respectfully submitted,

**MAYNARD NEXSEN PC**

By: *Gregory Sapire*
    Gregory P. Sapire
    Texas State Bar No. 00791601
    *gsapire@maynardnexsen.com*
    Carlos R. Soltero
    Texas State Bar No. 00791702
    *csoltero@maynardnexsen.com*

2500 Bee Caves Road
Building 1, Suite 150
Austin, Texas 78746
(512) 969-6540 Telephone
(512) 359-7996 Facsimile

    Raj Aujla
    Texas State Bar No. 24064846
    *raujla@maynardnexsen.com*

7373 N. Broadway St.
Suite 403, Offices 1 and 2
San Antonio, Texas 78209
(512) 969-6557 Telephone

**ATTORNEYS FOR PLAINTIFF
WESTERN ATHLETIC CONFERENCE**

**JEFFERSON CANO**

By: <u>Lamont A. Jefferson</u>
    Lamont A. Jefferson
    State Bar No. 10607800
    *LJefferson@jeffersoncano.com*
    Emma Cano
    State Bar No. 24036321
    *ECano@jeffersoncano.com*
    William S. Davidson
    State Bar No. 24108872
    *WDavidson@jeffersoncano.com*

112 East Pecan Street
Suite 1650
San Antonio, TX 78205
(210) 988-1811 Telephone
(210) 988-1808 Facsimile

**ATTORNEYS FOR DEFENDANT
UNIVERSITY OF THE INCARNATE WORD**

## CERTIFICATE OF SERVICE

I do hereby certify that, on April 24, 2024, a true and correct copy of this document was served upon all counsel of record in the manner indicated below.

| | |
|---|---|
| Lamont A. Jefferson<br>Emma Cano<br>William S. Davidson<br>JEFFERSON CANO, PLLC<br>112 East Pecan Street, Suite 1650<br>Telephone: 210-988-1811<br>LJefferson@jeffersoncano.com<br>ECano@jeffersoncano.com<br>WDavidson@jeffersoncano.com<br><br>*Attorneys for Defendant*<br>*University of the Incarnate Word* | ☒ **Via Electronic Service (electronic filing manager)**<br>via Certified Mail, RRR<br>via U.S. Mail (First Class)<br>via Federal Express<br>via Facsimile<br>☒ **via E-mail**<br>via Hand Delivery |

By: *Gregory Sapire* (signature)
Gregory P. Sapire